# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDWIN Q. DEL ROSARIO,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 1:20-cv-00512-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 12) |

Plaintiff Ledwin Q. Del Rosario ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On November 18, 2020, the assigned Magistrate Judge screened the first-amended complaint and issued findings and recommendations recommending that this action be dismissed based on Plaintiff's failure to state a cognizable claim upon which relief may be granted. Doc. No. 12. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. Id. at 6. No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on November 18, 2020 (Doc. No. 12), are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 28, 2020                                          
                                                              SENIOR  DISTRICT  JUDGE